UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD F. MOSELEY, SR., et al.,<br><br>    Defendants. | CASE NO. 4:14-00789-CV-W-DW |

**PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**(FILED UNDER SEAL)**

Plaintiff, Consumer Financial Protection Bureau ("Bureau"), having filed its Complaint in this matter for a permanent injunction and other relief, including restitution for consumers injured by Defendants' unlawful practices in violation of Sections 1031(a) and 1036(a) of the Consumer Financial Protection Act, 12 U.S.C. §§ 5531(a) and 5536(a), the Truth in Lending Act, 15 U.S.C. §§ 1601-1666j, and its implementing Regulation Z, 12 C.F.R. § 1026, and the Electronic Funds Transfer Act, 15 U.S.C. § 1693, and its implementing Regulation E, 12 C.F.R. § 1005.10, files this *ex parte* application for a temporary restraining order with asset freeze, appointment of a receiver, immediate access to Defendants' business premises, limited expedited discovery, and other equitable relief, and for an order to show cause why a preliminary injunction should not issue. A proposed temporary restraining order, including an order

to show cause, has been filed concurrently. This Court is authorized to grant such relief by Sections 1054(a) and 1055(a) of the CFPA, 12 U.S.C. §§ 5564(a) and 5565(a), and Federal Rule of Civil Procedure 65(a).

The Bureau separately files its Suggestions in Support of its Application for a Temporary Restraining Order with Asset Freeze, Appointment of a Receiver and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should not Issue.

Dated: September 9, 2014

                Respectfully submitted,

                ANTHONY ALEXIS
                Acting Enforcement Director

                CARA PETERSEN
                Acting Deputy Enforcement Director
                For Litigation

                */s/ John Thompson*
                John Thompson
                E-mail: john.thompson@cfpb.gov
                Phone: 202-435-7270
                Laura Schneider
                E-mail: laura.schneider@cfpb.gov
                Phone: 202-435-7311
                Michael Favretto
                E-mail: michael.favretto@cfpb.gov
                Phone: 202-435-7785
                1700 G Street NW
                Washington, DC 20552
                Facsimile: (202) 435-7722

                And

                Local Counsel
                TAMMY DICKINSON
                United States Attorney

   */s/ Thomas Larson*
Thomas M. Larson, Bar No. 21957
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: 816-426-3130
Facsimile: 816-426-3165
E-mail: tom.larson@usdoj.gov