IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:14-00789-CV-W-DW ) |
| RICHARD F. MOSELEY, SR., et al., | ) ) |
| Defendants. | ) |

**THIRD CONSENT MOTION TO EXTEND THE DEADLINES
IN THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 7.0 of the local rules of this Court, Defendants Richard F. Moseley, Sr., Richard F. Moseley, Jr., and Christopher J. Randazzo, (the "Individual Defendants"), through their respective counsel respectfully move the Court for an order extending the deadlines in the Court's *Ex Parte* Temporary Restraining Order With Asset Freeze, Appointment of Temporary Receiver, Expedited Discovery, and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue (the "TRO"), as amended by the Court's Orders of September 16 and September 18, 2014, which require actions to be taken by the third business day after service of the TRO to be completed by September 22, 2014. The Individual Defendants set forth the following suggestions in support of this motion.

1. The TRO was entered on September 9, 2014 and the Individual Defendants received notice of it on September 10, 2014. The TRO requires that the Defendants complete a number of tasks by the third business day after service. Counsel for the Plaintiff Consumer Financial Protection Bureau ("Bureau") and counsel for the Individual Defendants have consulted on the issues relating to the proposed Preliminary Injunction that the Bureau intends to seek. The parties have reached agreement in principle on a proposed Preliminary Injunction, and expect to file it for

CORE/9990000.3019/102919299.2

the Court's consideration tomorrow. The parties have been working diligently to that end and reasonably require one additional day to complete the process.

2. The Court has previously granted unopposed extensions of these deadlines to September 17 and 22, 2014.

3. Counsel for the Bureau has advised that the Bureau has no opposition to extending these deadlines until September 25, 2014.

WHEREFORE, the Individual Defendants respectfully request that the Court modify the TRO to state that all deadlines set forth in the TRO for defendants to comply within three business days after service of the TRO be extended to September 25, 2014.

        Respectfully submitted,

        STINSON LEONARD STREET LLP

  By   /s/ Matthew J. Salzman
        John C. Aisenbrey MO #31907
        Sean W. Colligan MO # 48491
        Matthew J. Salzman MO # 50774
        1201 Walnut Street, Suite 2900
        Kansas City, MO 64106
        Tele: (816) 842-8600
        Fax: (816) 412-0997
        Email: john.aisenbrev@stinsonleonard.com
        Email: sean.colligan@stinsonleonard.com
        Email: matt.salzman@stinsonleonard.com

        Attorneys for Individual Defendants

# CERTIFICATE OF SERVICE

On September 22, 2014, a copy of the foregoing document was filed with the Court's ECF system which electronically served the following counsel for plaintiff:

John Thompson
Consumer Financial Protection Bureau
Office of Enforcement 1700 G Street, NW
Washington, DC 20552
John.Thompson@cfpb.gov

Thomas M. Larson
Assistant United States Attorney Charles
Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106

Matthew T. Geiger  MO # 50071
Benjamin R. Prell MO # 55654
Geiger Prell Business Disputes
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
913-661-2430 (telephone)
913-362-6729 (facsimile)
bprell@geigerprell.com
mgeiger@geigerprell.com

Daniel M. Benjamin, #209240
Andrew W. Robinson, #62541
Ballard Spahr, LLP
655 West Broadway, Suite 1600
San Diego, CA  92101
Phone:  619-696-9200
benjamind@ballardspahr.com
robertsona@ballardspahr.com

ATTORNEYS FOR THE TEMPORARY RECEIVER

    s/ Matthew J. Salzman
    Attorney for Individual Defendants

CORE/9990000.3019/102919299.2