UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD F. MOSELEY, SR.; RICHARD F. MOSELEY, JR.; CHRISTOPHER J. RANDAZZO; SSM GROUP, LLC; CMG GROUP, LLC; DJR GROUP, LLC; BCD GROUP, LLC; HYDRA FINANCIAL LIMITED FUND I; HYDRA FINANCIAL LIMITED FUND II; HYDRA FINANCIAL LIMITED FUND III; HYDRA FINANCIAL LIMITED FUND IV; PCMO SERVICES, LLC; PCKS SERVICES, LLC; PIGGYCASH ONLINE HOLDINGS, LLC; CLS SERVICES, INC.; FSR SERVICES, INC.; SJ PARTNERS, LLC; RIVER ELK SERVICES, LLC; OSL MARKETING, INC., a/k/a OSL GROUP, INC.; ROCKY OAK SERVICES, LLC; RM PARTNERS, LLC; PDC VENTURES, LLC; and CORVUS COMPANY, LLC,<br><br>    Defendants. | CASE NO. 14-00789-CV-W-DW<br><br>**JUDGE:**    Hon. Dean Whipple<br>**CTRM:**    8-B |

## QUARTERLY REPORT OF RECEIVER UNDER L.R. 66.1(b)

Thomas W. McNamara, as Court-appointed Receiver ("Receiver"), submits this report of receivership activities for the period May 1, 2015 through June 30, 2015.

The Receiver's appointment was confirmed by the Preliminary Injunction entered October 3, 2014 which defines Receivership Defendants as the entities named as Corporate Defendants[1] and any successors, assigns, affiliates, or subsidiaries that the Receiver has reason to

---

[1] SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Funds I, II, III, and IV; PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC;

1

believe are owned or controlled by any Defendant and conduct any business related to the Corporate Defendants' consumer loan operations.

In our report of May 19, 2015, we reported as of April 30, 2015, net assets were $10,719,667.18 after approved expenses.[2] The receivership's financial condition remains essentially the same. For the period May 1, 2015 through June 30, 2015, receipts were $2,497.53[3] and expenses were $93,603.31[4] resulting in net funds in the receivership account of $10,627,694.03.

A Receipts and Disbursements Summary for the entire receivership period September 9, 2014 through June 30, 2015 is attached as Exhibit A.

We continue to make monthly payments for the mortgage and fees of the condominium in Cancun, Mexico, purchased, in part, with Receivership Defendants' funds. Ideally, we would convert this asset to cash, although such an initiative has many challenges, including the foreign situs of the property and co-ownership by partners who are not Defendants or Receivership Defendants.

We continue to investigate viable claims against any third party in this matter. Discovery, however, has not yet opened (except for limited discovery conducted under the

---

River Elk Services, LLC; OSL Marketing, Inc., a/k/a OSL Group, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; and Corvus Company LLC.

[2] Subsequent to our report, and after the bank reconciliation, this net assets amount was adjusted down by $867.37 to $10,718,799.81.

[3] Receipts were composed of interest ($2,497.53).

[4] Expenses related to the Mexican condominium ($19,494.54), storage fees ($128), the payment of wind-down costs ($2,400) and professional fees approved by the Court ($63,890), and the cost of electronic data hosing ($7,691).

TRO), due to pending motions. It remains preferable to take discovery before making determinations as to claims and we anticipate making these determinations after discovery is opened.

Dated: July 1, 2015

THOMAS W. MCNAMARA

By:/s/ THOMAS W. MCNAMARA
THOMAS W. MCNAMARA
Email: tmcnamara@mcnamarallp.com

501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Court-Appointed Receiver*

ANDREW W. ROBERTSON (*pro hac vice*)
DANIEL M. BENJAMIN (*pro hac vice*)
McNamara Benjamin LLP
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401
arobertson@mcnamarallp.com
dbenjamin@mcnamarallp.com

MATTHEW T. GEIGER (MO #50071)
Geiger Prell, LLC
10000 College Boulevard, Suite 100
Overland Park, KS 66210
Telephone: 913-661-2430
Facsimile: 913-362-6729
mgeiger@geigerprell.com

*Attorneys for Court-Appointed Receiver*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2015, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system.

*Consumer Financial Protection Bureau*
John Thompson
Laura Schneider
Michael Favretto
Office of Enforcement
1700 G Street, NW
Washington, DC 20552
Phone: 202-435-7270
John.Thompson@cfpb.gov
laura.schneider@cfpb.gov
michael.favretto@cfpb.gov

Thomas M. Larson
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
tom.larson@usdoj.gov

*Attorneys for the Receiver*
Matthew T. Geiger
Benjamin R. Prell
Geiger Prell, LLC
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
913-661-2430 (telephone)
mgeiger@geigerprell.com
bprell@geigerprell.com

*Attorneys for Individual Defendants*
Stinson Leonard Street LLP
John C. Aisenbrey
Sean W. Colligan
Matthew J. Salzman
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Phone: (816) 842-8600
john.aisenbrev@stinsonleonard.com
sean.colligan@stinsonleonard.com
matt.salzman@stinsonleonard.com

*Attorneys for SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Funds I-IV; PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC; River Elk Services, LLC; OSL Marketing, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; Corvus Company, LLC*
Deron A. Anliker
John M. Duggan
David L. Ballew
Duggan, Shadwick, Doerr & Kurlbaum
11040 Oakmont
Overland Park, KS 66210
Tel.:  (913) 498-3536
Fax:  (913) 498-3538
danliker@kc-dsdlaw.com
jduggan@kc-dsdlaw.com
dballew@kc-dsdlaw.com

/s/ Andrew W. Robertson
ANDREW W. ROBERTSON