UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD F. MOSELEY, SR., et al.,<br><br>    Defendants. | Case No. 4:14-cv-00789-SRB |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SETTLEMENT DISCUSSIONS AND SUGGESTIONS IN SUPPORT**

Plaintiff Bureau of Consumer Financial Protection ("Bureau"), with the agreement and support of Defendants Richard F. Moseley, Sr. ("Moseley Sr."), Richard F. Moseley, Jr. ("Moseley Jr."), and the Corporate Defendants,[1] respectfully requests that the Court extend the time by which the Bureau and Defendants must reach a settlement by 28 days to August 17, 2018, and reset all other deadlines accordingly. There is a good cause for such an extension. In support thereof, the Bureau states:

1.    On July 9, 2018, the Court held a telephonic status conference with all parties. *See* ECF No. 206. During the conference, all parties represented to the Court that the parties were close to reaching an agreement to resolve this matter through

---

[1] The Corporate Defendants are SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Fund I; Hydra Financial Limited Fund II; Hydra Financial Limited Fund III; Hydra Financial Limited Fund IV; PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC; River Elk Services, LLC; OSL Marketing, Inc. a/k/a OSL Group, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; and Corvus Company, LLC.

settlement. The Court ordered the parties, should they not reach a settlement in this matter by July 20, 2018, to meet and confer regarding a proposed scheduling order during the week of July 23, 2018. The Court also scheduled a telephonic scheduling conference for July 27, 2018. *See* ECF No. 207.

2. After the telephonic status conference with the Court, Defendant Moseley Sr. communicated to Bureau counsel that, prior to finalizing any settlement agreement, he wanted the attorney appointed to represent him in his criminal appeal to review the agreement.[2] However, this attorney had not yet been appointed. The Bureau and Moseley Sr. agreed that, if appellate counsel were not able to review the agreement prior to the July 20, 2018 deadline, the Bureau would seek an extension of that deadline. *See* Exhibit A (7/9/18 Email from Moseley, Sr.).

3. On July 17, 2018, appellate counsel for Moseley Sr. was appointed. In a July 18, 2018 email to the Bureau, Moseley, Sr. advised the Bureau that his newly-appointed appellate counsel needed "at least 30 days" before she could offer her legal opinion. *See* Exhibit B (7/18/18 Email from Moseley, Sr.)

4. The parties remain committed to resolving this matter through settlement. The Bureau has provided Moseley Sr. with a near-final draft agreement for his appellate counsel to review.

5. A brief continuance would not prejudice any party and would provide Moseley, Sr. time to meet with his appellate counsel and have her review the final draft agreement.

---

[2] On November 15, 2017, Moseley, Sr. was found guilty following a criminal jury trial in New York concerning the operation of Defendants' online payday lending scheme at issue in this matter. *See United States v. Moseley*, 16-cr-79 (S.D.N.Y.). Moseley, Sr. is appealing that verdict.

For these reasons, the Bureau respectfully requests that the Court extend the deadline for resolving this matter by settlement by 28 days to August 17, 2018 and reset all other deadlines accordingly.

Dated: July 20, 2018

                Respectfully submitted,

                BUREAU OF CONSUMER FINANCIAL PROTECTION

                KRISTEN A. DONOGHUE
                Enforcement Director

                JOHN C. WELLS
                Deputy Enforcement Director for Litigation

                JAMES T. SUGARMAN
                Assistant Litigation Deputy

                s/MICHAEL FAVRETTO
                MICHAEL FAVRETTO
                  Phone: (202) 435-7785
                  Email: michael.favretto@cfpb.gov
                EMILY MINTZ
                  Phone: (202) 435-9424
                  Email: emily.mintz@cfpb.gov
                1700 G Street NW
                Washington, DC 20552
                Facsimile: (202) 435-7722
                Attorneys for Plaintiff
                Bureau of Consumer Financial Protection

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a copy for the foregoing document was filed with the Court's ECF system, which sent notification of such filing to all counsel of record. In addition, a copy of the foregoing document was sent via first-class mail and email to Richard F. Moseley, Sr., Richard F. Moseley, Jr., and Christopher J. Randazzo.

 s/MICHAEL FAVRETTO
MICHAEL FAVRETTO
 Phone: (202) 435-7785
 Email: michael.favretto@cfpb.gov
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722
Attorney for Plaintiff
Bureau of Consumer Financial Protection