| From: | Richard Moseley |
|---|---|
| To: | Favretto, Michael (CFPB) |
| Cc: | Rick Moseley Jr; David Ballew; Mintz, Emily (CFPB) |
| Subject: | Re: CFPB v Moseley et al: updated draft order |
| Date: | Monday, July 09, 2018 7:22:04 PM |

Mike,

Please consider this my written consent to the Bureau that they can contact the Court in the coming weeks to seek an extension based on the eventual appointment of my appellate counsel.

Regards,
Rick Sr
Rick Moseley Sr

---

Confidentiality Statement & Notice: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

On Jul 9, 2018, at 5:03 PM, Favretto, Michael (CFPB) <Michael.Favretto@cfpb.gov> wrote:

**<u>Confidential Settlement Communication Pursuant to FRE 408</u>**

All:



To all addressees: to the extent we need more time for settlement discussions, I would appreciate your written consent for the Bureau to contact the Court in the coming days to seek an extension based on the eventual appointment of Rick Sr.'s appellate counsel. Please let me know if you agree with this approach and whether I can represent as much in any motion to the Court.

Regards,
Mike

Michael P. Favretto



Enforcement Attorney
Office: (202) 435-7785 | Mobile: (202) 603-7351

Bureau of Consumer Financial Protection
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

<███████████████████████████████>