| | |
|---|---|
| **From:** | Richard Moseley |
| **To:** | Favretto, Michael (CFPB) |
| **Subject:** | Appeal counsel"s contact information |
| **Date:** | Wednesday, July 18, 2018 12:51:14 PM |

Mike,

As discussed this morning, I have been appointed new counsel for my SDNY appeal. I briefly discussed out settlement discussions with the CFPB and asked her if she could give me an opinion
if signing the agreement before our appeal proceedings would adversely affect me. She indicated she could give me her opinion, but would need at least 30 days to understand my appeal case.

Should you need to contact her, Amy Adelson and her work number is 212-889-4009.

Regards,

Rick Sr


Rick Moseley Sr

_____
Confidentiality Statement & Notice: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

