UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD F. MOSELEY, SR., et al.,<br><br>　　　　　　　Defendants. | CASE NO. 4:14-cv-00789-SRB<br><br>JUDGE:　　Hon. Stephen R. Bough<br>CTRM:　　7B |

**QUARTERLY REPORT OF RECEIVER UNDER L.R. 66.1(c)**

Thomas W. McNamara, as Court-appointed Receiver ("Receiver"),[1] submits this report of receivership activities for the period September 18, 2018 through December 14, 2018.

The receivership's financial condition remains essentially the same as the prior Quarterly Report filed September 18, 2018 (Doc. 220) with net cash funds in the receivership account as of December 14, 2018 of $2,880.90. A Receipts and Disbursements Summary for the period covered by this Quarterly Report (September 18, 2018 through December 14, 2018) is attached as Exhibit A. During this period, receipts totaled $1,934.71, less disbursements of $1,626.93 as detailed in Exhibit A. The receipts were composed of $1,933.60 in distributions from the

---

[1] The Receiver's appointment was confirmed by the Preliminary Injunction entered October 3, 2014 which defines Receivership Defendants as the entities named as Corporate Defendants and any successors, assigns, affiliates, or subsidiaries that the Receiver has reason to believe are owned or controlled by any Defendant and conduct any business related to the Corporate Defendants' consumer loan operations. Corporate Defendants include SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Funds I, II, III, and IV; PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC; River Elk Services, LLC; OSL Marketing, Inc., a/k/a OSL Group, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; and Corvus Company LLC.

SBV Memphis Summer Trace project and $1.11 in interest.  The disbursements consisted of expenses related to electronic data hosting of $1,369.05 and records storage totaling $257.88.

The Receiver's lawsuit against the Katten firm continues.  Oral argument is set for December 20, 2018 on Katten's motion to dismiss.

Dated:  December 17, 2018

THOMAS W. MCNAMARA

By:/s/ THOMAS W. MCNAMARA
THOMAS W. MCNAMARA
Email:  tmcnamara@mcnamarallp.com

655 West Broadway, Suite 1600
San Diego, California 92101
Telephone:	619-269-0400
Facsimile:	619-269-0401

*Court-Appointed Receiver*

LOGAN D. SMITH (*pro hac vice*)
ANDREW W. ROBERTSON (*pro hac vice*)
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone:	619-269-0400
Facsimile:	619-269-0401
lsmith@mcnamarallp.com
arobertson@mcnamarallp.com

MATTHEW T. GEIGER (MO #50071)
Geiger Prell, LLC
10000 College Boulevard, Suite 100
Overland Park, KS 66210
Telephone:	913-661-2430
Facsimile:	913-362-6729
mgeiger@geigerprell.com

*Attorneys for Court-Appointed Receiver*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2018, I electronically filed the foregoing document, with the Clerk of the Court for the Western District of Missouri by using the CM/ECF system which will send a notice of electronic filing to all parties participating in the Court's CM/ECF system and, to those parties not participating in the Court's CM/ECF system, mailing in the U.S. Mail a true and correct copy of the foregoing document, postage prepaid and addressed as follows.

*Via CM/ECF*
*Consumer Financial* Protection *Bureau*
John Thompson / Laura Schneider
Michael Favretto / Emily H. Mintz
Office of Enforcement
1700 G Street, NW
Washington, DC 20552
Tel.: 202-435-7270 / Fax: 202-435-7722
john.thompson@cfpb.gov
laura.schneider@cfpb.gov
michael.favretto@cfpb.gov
emily.mintz@cfpb.gov

*Via CM/ECF*
Thomas M. Larson
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Tel.: 816-426-3130
Fax: 816-426-3165
tom.larson@usdoj.gov

*Via CM/ECF*
*Attorneys for the Receiver*
Matthew T. Geiger / Benjamin R. Prell
Geiger Prell, LLC
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
Tel.: 913-661-2430
mgeiger@geigerprell.com
bprell@geigerprell.com

*Via U.S. Mail*
Richard F. Moseley, Sr., *Pro Se*
438 W. 56th Street
Kansas City, MO 64113

*Via U.S. Mail*
Richard F. Moseley, Jr., *Pro Se*
3901 W. 56th Street
Fairway, KS 66205

*Via U.S. Mail*
Christopher J. Randazzo, *Pro Se*
13916 Flint Street
Overland Park, KS 66221

*Via CM/ECF*
*Attorneys for SSM Group, LLC; CMG Group, LLC; DJR Group, LLC; BCD Group, LLC; Hydra Financial Limited Funds I-IV; PCMO Services, LLC; PCKS Services, LLC; Piggycash Online Holdings, LLC; CLS Services, Inc.; FSR Services, Inc.; SJ Partners, LLC; River Elk Services, LLC; OSL Marketing, Inc.; Rocky Oak Services, LLC; RM Partners, LLC; PDC Ventures, LLC; Corvus Company, LLC*
Deron A. Anliker / John M. Duggan
David L. Ballew
Duggan, Shadwick, Doerr & Kurlbaum
11040 Oakmont
Overland Park, KS 66210
Tel.: 913-498-3536 / Fax: 913-498-3538
danliker@kc-dsdlaw.com; jduggan@kc-dsdlaw.com; dballew@kc-dsdlaw.com

/s/ Logan D. Smith
LOGAN D. SMITH